UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON WILMOT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSWORLD SYSTEMS, INC.,<br><br>　　　　　　　Defendant. | CASE NO. C24-0181JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant Transworld Systems, Inc.'s ("TSI") motion to dismiss Plaintiff Aaron Wilmot's complaint. (Mot. (Dkt. # 13); *see* Compl. (Dkt. # 5).) The motion was filed by attorney Nicolas M. Bell, who has not entered an appearance in this action. (*See generally* Dkt.) Mr. Bell appears to be based in Louisiana (*see* Mot. at 11); does not appear to be licensed in Washington State (*see id.*); and has neither associated with local counsel nor moved for admission *pro hac vice* (*see generally* Dkt.).

MINUTE ORDER - 1

Because a business entity must be represented by an attorney admitted to practice before this court, see Local Rules W.D. Wash. LCR 83.2(b)(4), the court STRIKES TSI's motion to dismiss (Dkt. # 13) without prejudice to TSI renewing the motion after it has procured representation in compliance with this District's rules governing attorney admissions. See Local Rules W.D. Wash. LCR 83.1; see also Attorney Admissions, https://www.wawd.uscourts.gov/attorneys/admissions. The Clerk is DIRECTED to send a copy of this order to Mr. Bell.

Filed and entered this 1st day of May, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2