UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON WILMOT, | CASE NO. C24-0181JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRANSWORLD SYSTEMS, INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant Transworld Systems, Inc.'s ("TSI") renewed motion to dismiss Plaintiff Aaron Wilmot's complaint. (Mot. (Dkt. # 17); *see* Compl. (Dkt. # 5).) TSI noted the motion for May 31, 2024—the fourth Friday after the motion was filed. (*See* Mot. at 1.) On April 26, 2024, however, revisions to this District's Local Civil Rules went into effect that changed the noting dates and briefing schedules for motions. Before April 26, 2024, motions to dismiss were noted for the fourth Friday after

MINUTE ORDER - 1

filing, with responses due the Monday before the noting date.  *See* Local Rules W.D. Wash. LCR 7(d)(3) (2023 ed.)  The revised Local Civil Rules, however, provide that motions to dismiss (and other motions that were previously noted on the fourth Friday) are now "28-Day Motions."  Local Rules W.D. Wash. LCR 7(d)(4) (2024 ed.)  As a result, TSI's motion should have been noted for **June 3, 2024** (28 days after filing), and Mr. Wilmot's response will be due on **May 28, 2024** (21 days after filing, plus one day to accommodate the Memorial Day holiday).  *See id.*  Accordingly, the court (1) ORDERS the parties to review the April 26, 2024 revisions to the Local Civil Rules (available at https://www.wawd.uscourts.gov/local-rules-and-orders) and (2) DIRECTS the Clerk to renote TSI's motion to dismiss (Dkt. # 17) for June 3, 2024.

Filed and entered this 21st day of May, 2024.

RAVI SUBRAMANIAN
Clerk of Court

 s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2